RANDY S. GROSSMAN
United States Attorney
ANDREW SHERWOOD
California Bar No. 342419
New York Bar No. 4518106
Oregon Bar No. 126338
AMANDA L. GRIFFITH
California Bar No. 243854
Assistant United States Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9690
andrew.sherwood@usdoj.gov
mandy.griffith@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SAMAJE ALBEN EVANS,<br><br>　　　　　Defendant. | Case No. 21CR1513-CAB<br><br>UNITED STATES' SENTENCING MEMORANDUM<br><br>Sentencing Date: August 17, 2022<br>Time: 9:00 a.m. |

　　　Samaje Alben Evans has fully accepted responsibility for coercing and enticing a minor female (MF) to travel to California to engage in commercial sex work. Based on the totality of his conduct in this case, the United States recommends 90 months in custody and ten years of supervised release.

**A.　Offense Conduct**

　　　The Presentence Report (PSR) accurately details the investigation into Evans' criminal activity, and accurately reflects that he admitted to the conduct that resulted in this criminal charge.

### B. Victim Impact, Restitution, and Special Assessments

There are no victim impact statements for the Court and no restitution to be ordered. Additionally, the United States is recommending Evans pay the $100 special assessment, but asking the Court not to impose the other special assessments. The United States believes that for the purposes of the JTVA that Evans is indigent. He has extremely limited assets, and his earning potential will be impacted upon his release from custody given the nature of the charge.

### C. Guidelines Calculation

The guidelines calculations are detailed in the plea agreement and the PSR, and will be filed separately in a sentencing summary chart.

### D. Government's Sentencing Recommendation

Evans was contrite about his involvement in this offense in the PSR and did take responsibility for his actions. However, Evans was prolific in his promotion of MF's commercial sex work. He posted commercial sex advertisements for MF on the internet and took her to Arizona, Nevada and San Diego to engage in commercial sex work. Evans would take every dollar of the approximately $1,500 that MF made each day from commercial sex work. Notably, and particularly alarming, Evans sent a video of MF performing oral copulation to potential buyers of commercial sex. Evans used MF for his own financial benefit and went to great lengths to attract buyers. The United States hopes that Evans is sincere in the PSR where he states that he "wishes he could take it back" (PSR ¶ 27). Despite his contrition, the United States urges the Court to sentence Evans to 90 months in custody. This sentence, followed by ten years of supervised release is sufficient but not greater than necessary to support the § 3553(a) factors, and represents a fair and just sentence.

### E. Criminal Forfeiture

The parties have agreed to forfeiture pursuant to the plea agreement. A final order of forfeiture will be provided separately for to the Court.

| | |
|---|---|
| Date:  July 22, 2022 | Respectfully submitted, |
| | RANDY S. GROSSMAN<br>United States Attorney |
| | */s/ Andrew Sherwood*<br>Andrew Sherwood<br>Assistant U.S. Attorney |
| | */s/ Amanda L. Griffith*<br>Amanda L. Griffith<br>Assistant U.S. Attorney |