RANDY S. GROSSMAN
United States Attorney
ANDREW SHERWOOD
Assistant United States Attorney
Oregon Bar No. 126338
New York Bar No. 4518106
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-9690

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>SAMAJE ALBEN EVANS,<br><br>Defendant. | Case No. 21CR1513-CAB<br><br>**THE UNITED STATES' SENTENCING SUMMARY CHART AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)**<br><br>Date:   August 17, 2022<br>Time:   9:00 A.M. |

The UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, United States Attorney, and Andrew Sherwood, Assistant United States Attorney, hereby files its Sentencing Summary Chart and Government Motion Under USSG § 3E1.1(b), which is based upon the files and records of this case.

DATED: July 22, 2022

Respectfully submitted,

Randy S. Grossman
United States Attorney

*s/ Andrew Sherwood*
ANDREW SHERWOOD
Assistant U.S. Attorney

SENTENCING SUMMARY CHART
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: August 17, 2022

USPO [ ☐ ]
AUSA [ ☒ ]
DEF [ ☐ ]

Defendant's Name: Samaje Alben Evans
Attorney's Name: Andrew Sherwood
Docket No.: 21CR1513-CAB
Phone No.: (619) 546-9690

| | |
|---|---|
| Guideline Manual Used: November 1, 2018 | Agree with USPO Calc.: Yes ☐ No ☐ |
| Base Offense Level(s): USSG § 2G1.3(a)(4) | 24 |
| Specific Offense Characteristics: | |
| USSG § 2G1.3(b)(1) – Care, Custody or control | +2 |
| USSG § 2G1.3(b)(3) – Use of a Computer | +2 |
| USSG § 2G1.3(b)(4) – Commission of a Sex Act | +2 |
| Victim Related Adjustment: | |
| Adjustment for Role in the Offense: | |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjustment for Acceptance of Responsibility [☒ Government Motion – USSG §3E1.1(b)] | -3 |
| Total Offense Level: | 27 |
| Criminal History Score: | 0 |
| Criminal History Category: | IV |
| ____ Career Offender    ____ Armed Career Criminal | |
| Guideline Range: | from 100 mths to 125 mths |
| Departures: | |
| Dismissed and Uncharged Conduct [U.S.S.G § 5k2.21] | +2 |
| Adjusted Offense Level: | 29 |
| Resulting Guideline Range: | from 121 mths to 151 mths |

RECOMMENDATION: 90 months custody
GOVERNMENT ALSO RECOMMENDS: 10 years of Supervised Release, No Fine, $100 SA; No JTVA